UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.   Case No.:   2:18-cr-53-SPC-NPM

CHRISTOPHER CONNOR

### ORDER

Before the Court is Defendant Christopher Connor's Unopposed Motion to Terminate Probation. (Doc. 96). The United States and the United States Probation Office do not oppose the motion. For the following reasons, the motion is granted.

Defendant pled guilty to one drug-related charge. The Court sentenced him to 87 months' imprisonment and three years of supervised release. (Doc. 89). A year later, the Court granted the United States' Motion for Reduced Sentence for Substantial Assistance and reduced Defendant's sentence to 78 months' imprisonment and three years of supervised release. (Doc. 95). Defendant's supervised release began in the summer of 2024, so he has completed approximately eighteen months of his term of supervised release.

Defendant now lives in his hometown of LaBelle with his longtime significant other. They are expecting their first child next year. Defendant works as a mechanic at an auto repair service center in LaBelle. Further, he

has completed all of his drug counseling classes and has had clean drug tests. He asks the Court to terminate his supervised release, effective December 31, 2025.

"The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)[,]

> (1) terminate a term of probation and discharge the defendant at any time after the expiration of one year of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

18 U.S.C. § 3583(e)(1).

After considering the law against the record, the Court will end Defendant's term of supervised release early. The defendant has served approximately half of his supervised release sentence without incident. He is gainfully employed. The Government and Probation do not object to terminating his term of supervised release early. The Court thus finds that early termination of Defendant's supervised release, effective December 31, 2025, is in the best interests of justice, Defendant, and the public.

Accordingly, it is

**ORDERED**:

Defendant Christopher Connor's Unopposed Motion to Terminate Probation (Doc. 96) is **GRANTED**. Defendant's term of supervised release shall terminate on **December 31, 2025**.

**DONE** and **ORDERED** in Fort Myers, Florida on December 19, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record